IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN PAUL JONES,<br><br>        *Petitioner*,<br><br>   v.<br><br>PENNSYLVANIA ATTORNEY GENERAL, SCI SOMERSET, *and* DISTRICT ATTORNEY OF ALLEGHENY COUNTY,<br><br>        *Respondents*. | Civil Action No. 2:23-cv-379<br><br>Hon. William S. Stickman IV<br>Hon. Maureen P. Kelly |

## ORDER OF COURT

AND NOW, this 22nd day of April 2024, after Petitioner Jonathan Paul Jones ("Petitioner") filed a "Motion to the Court" for injunctive relief in the form of an Order requiring the Pennsylvania Department of Corrections to transfer him to a facility of his choosing (ECF No. 27), and after a thorough Report and Recommendation was filed by Magistrate Judge Maureen P. Kelly recommending the denial of the motion (ECF No. 35), and having received no objections from Petitioner, the Court hereby ADOPTS Magistrate Judge Kelly's Report and Recommendation as its Opinion. It concurs with her thorough legal analysis, her legal conclusions, and her recommendations.

IT IS HEREBY ORDERED that Petitioner's "Motion to the Court" (ECF No. 27) is DENIED.

BY THE COURT:

 s/   William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE